# DONALD JOSEPH STRITMATER *v.* MARGARET STRITMATER

[No. 16, October Term, 1946.]

*Decided November 20, 1946.*

The cause was argued before MARBURY, C. J., DELA-PLAINE, COLLINS, GRASON, and HENDERSON, JJ.

*Marion A. Figinski* for the appellant.

*Walter V. Harrison* and *H. Mortimer Kremer*, with whom was *Louis Samuels* on the brief, for the appellee.

GRASON, J., delivered the opinion of the Court.